**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants
COUNTY OF SHASTA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERROLD B. LOVE, | Case No. CIV.S-04-0612 GEB PAN |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |
| vs. | |
| MEDICAL DIRECTOR OF THE HIGH DESERT STATE PRISON, DIRECTOR OF THE MULE CREEK STATE PRISON AND SHASTA COUNTY, | |
| Defendants. | |

The parties to this action, by and through their respective attorneys of record, agree and stipulate as follows:

1. Defendants Medical Director of High Desert State Prison and the Medical Director of Mule Creek State Prison answered the complaint on 10/22/04. Defendant Shasta County filed its answer on February 23, 2005.

2. Counsel for Shasta County inquired of all counsel, by letters dated March 2, 2005, and May 9, 2005, regarding an initial disclosure in this case. Shasta County proposed that the date for the initial disclosures be June 8, 2005.

3. In response, plaintiff served his Rule 26(a) initial disclosure on May 13, 2005. Defendant County of Shasta served its

**STIPULATION & ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** 1

1 Rule 26(a) initial disclosure on May 27, 2005.

2    4.   In his initial disclosure, plaintiff has identified 11 medical providers.  In the disclosure plaintiff provided what appears to be a complete set of medical records from two of these providers, and a few additional documents from other providers.  Defendants have not yet had an opportunity to conduct discovery or obtain complete medical records for plaintiff from these medical providers.

8    5.   According to the Court's scheduling order, the parties are required to designate experts and provide expert reports no later than June 15, 2005.  However, Shasta County contends that this is not feasible.  There is insufficient time for Shasta county to subpoena the records, obtain them, determine what experts are necessary, retain those experts, provide plaintiff's records to the experts, and receive a report from those experts.

15   6.   The parties agree that good cause exists to modify the scheduling order to extend the date for expert disclosures.  Because plaintiff's initial disclosure was not provided until May 13, 2005, there has been an inadequate opportunity for discovery.

19   7.   Therefore, the parties stipulate that they shall disclose experts no later than July 15, 2005, and that expert reports shall be provided no later than August 1, 2005.  Any designation of rebuttal experts shall also take place no later than August 1, 2005.

DATED: June __, 2005.                BRICKWOOD LAW OFFICE

                                     _____
                                     MONIQUE GRANDAW
                                     Attorneys for Defendants
                                     SHASTA COUNTY

**STIPULATION & ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**   2

DATED: June __, 2005.

_____
JOHN T. LARIMER, JR.
Attorneys for Plaintiff

DATED: June __, 2005.

_____
STEPHEN J. EGAN
Attorneys for Defendants State of California (erroneously sued as California State Department of Corrections) Dr. R. Sandham (as Medical Director of the High Desert State Prison) and Dr. N. Baron (as Medical Director of the Mule Creek State Prison)

## **ORDER**

The parties having stipulated thereto, and good cause being shown, it is hereby ordered that the Pre-trial Scheduling Order is modified as follows:

1. Each party shall serve its disclosure of experts no later than July 15, 2005.

2. Rebuttal expert witness disclosures authorized under Federal Rule of Civil Procedure 26(a)(2) shall be made no later than August 1, 2005.

3. Expert reports required by Federal Rule of Civil Procedure 26(a)(2) shall be provided no later than August 1, 2005.

Dated: June 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION & ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** 3