IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROLD LOVE,<br><br>          Plaintiff,<br><br>   v.<br><br>MEDICAL DIRECTOR OF THE HIGH DESERT STATE PRISON, MEDICAL DIRECTOR OF THE MULE CREEK STATE PRISON, and COUNTY OF SHASTA,<br><br>          Defendants. | 2:04-cv-00612-GEB-PAN<br><br>ORDER |

On August 26, 2005, Plaintiff's counsel filed an unnoticed request in which he seeks to vacate the Status (Pretrial Scheduling) Order in this action. Plaintiff's counsel states one of the parties will oppose the request. Plaintiff's counsel indicates that the request has been filed because "the relationship between Plaintiff and [Plaintiff's counsel] has deteriorated to the point at which [Plaintiff] has discharged [counsel]." (Req. at 1.)

/////
/////
/////

1

1  This conclusory argument is insufficient to show that good
2 cause justifies changing the Scheduling Order.  Therefore, the request
3 is denied.
4 Dated:  August 29, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge